[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

**IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT**

RECEIVED
2018 SEP 27 PM 4:55
THOMAS G BRUTON
CLERK U.S DISTRICT COURT

FILED
SEP 27 2018
THOMAS G BRUTON
CLERK U.S DISTRICT COURT

__Andrea Banks__
Plaintiff

v.

__Jackson Park Hospital__
Defendant(s).

18cv6614
Judge Castillo
Mag. Judge Weisman

**Instructions:** This application must be updated at least annually. Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

Application: I, __ANDREA BANKS__, declare that I am the ☑ plaintiff ☐ petitioner ☐ movant ☐ (other_____) in the above-entitled case. This affidavit constitutes my application to proceed ☐ without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☑ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. I understand that the judge can grant my application, deny my application, or require that I pay a partial filing fee. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ☑ No
   (If "No" go to question 2.)
   ID #:_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐ Yes ☐ No
   Monthly amount: _____

2. Are you currently employed? ☐ Yes ☐ No
   A. If the answer is "yes," state your:
      *Monthly* salary or wages: _____
      Name and address of employer: _____
   B. If the answer is "no," state your:
      Beginning and ending dates of last employment: __Jan. 2018__
      *Last monthly* salary or wages: __approx. $500__
      Name and address of employer: __White Cap Nursing 2600 S. Michigan Ave. Chgo Il.__

3. Are you married? ☐ Yes ☑ No
   If the answer is "yes", is your spouse currently employed? ☐ Yes ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Spouse's Monthly* salary or wages: _____
Name and address of employer: _____

RECEIVED
2018 SEP 27 PM 4: 55

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), have you or anyone else living at the same residence received more than $200 in the past twelve months from any of the following sources? Place a ✓ next to "Yes" or "No" in each of the categories A through G, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   A. ☐ Salary or ☐ wages                                    ☐ Yes    ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   B. ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   C. ☐ Rental income, ☐ interest or ☐ dividends             ☐ Yes    ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   D. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life     ☐ Yes    ☑ No
      insurance, ☐ disability, ☐ workers' compensation,
      ☐ alimony or maintenance or ☐ Settlement/Judgment or ☐ child support
      Total received in the last 12 months: _____
      Received by: _____

   E. ☐ Gifts or ☐ inheritances                              ☐ Yes    ☑ No
      Total received in the last 12 months: _____
      Received by: _____

   F. ☑ Unemployment, ☐ welfare, or ☐ any other public       ☑ Yes    ☐ No
      assistance
      Total received in the last 12 months: approx 2,088
      Received by: ANDREA BANKS

   G. ☐ Any other sources (describe source: _____)  ☐ Yes    ☑ No
      Total received in the last 12 months: _____
      Received by: _____

5. Do you or anyone else living at the same residence have more   ☐ Yes    ☑ No
   than $200 in cash or checking or savings accounts?
   Total amount: _____
   In whose name held: _____ Relationship to you: _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that

6. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐ Ye
Property:_____Current value:_____
In whose name held:_____Relationship to you: ____

RECEIVED
2018 SEP 27 PM 4:55
CLERK
U.S. DISTRICT COURT

7. Do *you or anyone else living at the same residence* own any real estate (not mortgage)? Real estate includes, among other things, a house, apartment, cooperative, two-flat, etc. ☐ Ye
Type of property and address: _____
Current value:_____Equity:_____
is the difference between what the property is worth and the amount you
In whose name held:_____Relationship to you: ____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do you or anyone else living at the same residence own any automobiles market value of more than $1000? ☐ Ye
Year, make and model: _____
Current value:_____Equity:_____
the difference between what the automobile is worth and the amount you
Amount of monthly loan payments: _____
In whose name held:_____Relationship to you: ____
Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailer or other items of personal property with a current market value of more th ☐ Ye
Property:_____
Current value:_____Equity:_____
is the difference between what the property is worth and the amount you
Amount of monthly loan payments: _____
In whose name held:_____Relationship to you: ____
Name of person making payments: _____

10. List the persons who live with you who are dependent on you for support relationship to each person and state whether you are entirely responsible support or the specific monthly amount you contribute to his or her supp check here: ☐ None.
    ANDREANNA McClure (daughter)   E
    Abraham McClure (son)   E

11. List the persons who do not live with you who are dependent on you for your relationship to each person and state how much you contribute mon support. If none, check here: ☑ None.
_____
_____

[If you need additional space for ANY section, please attach an additional sheet and reference th

Rev. 08/23/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 9-27-2018

Signature of Applicant

ANDREA BANKS
(Print Name)

**NOTICE TO PRISONERS**: In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein,_____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months).

_____     _____
Date                                      Signature of Authorized Officer

_____
(Print Name)



RECEIVED
2018 SEP 27 PM 4:55
CLERK
U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Rev. 08/23/2018

