[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JAN 24 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ANDREA BANKS )
Plaintiff )
) Case Number: 18 CV 6614
)
v. ) Judge: LEE
)
JACKSON PARK Hospital ) Magistrate Judge:
Defendant )

## Motion For Hearing

Andrea Banks ("Plaintiff") will be presenting my motion for Reconsideration on January 30th, 2020 @ 9:00 AM in Court Room 2125.

Dated: January 24, 2020

Respectfully submitted,

By: Andrea Banks
Pro se'

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# CERTIFICATE OF SERVICE

The undersigned plaintiff pro se' hereby certifies that on January 24, 2020, she caused a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR HEARING to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter.

Andrea Banks
Pro se'