IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREA BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:18-cv-06614 |
| ) | |
| JACKSON PARK HOSPITAL, ) | Judge John Z. Lee |
| ) | |
| Defendant. ) | Magistrate Judge M. David Weisman |

**DEFENDANT JACKSON PARK HOSPITAL'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Jackson Park Hospital ("Defendant"), by its attorneys, hereby moves for summary judgment on all claims asserted by Plaintiff in this case. In support of its Motion, Defendant concurrently files its Local Rule 56.1 Statement Of Undisputed Material Facts, Appendix Of Exhibits In Support Of Its Motion For Summary Judgment, and supporting Memorandum of Law.

WHEREFORE, Defendant respectfully requests that the Court: (A) grant its Motion for Summary Judgment, (B) dismiss Plaintiff's Complaint against Defendant with prejudice, (C) enter summary judgment in Defendant's favor and against Plaintiff, and (D) provide Defendant with such further relief as may be proper.

| | |
|---|---|
| **DATED: January 28, 2022** | Respectfully submitted, |
| Marc R. Jacobs (mjacobs@seyfarth.com) | JACKSON PARK HOSPITAL |
| SEYFARTH SHAW LLP | |
| 233 South Wacker Drive, Ste. 8000 | By   */s/ Marc R. Jacobs* |
| Chicago, IL  60606 | One of Its Attorneys |
| (312) 460-5000 | |

78129627v.1

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I, Marc R. Jacobs, an attorney, certify that on January 28, 2022, I caused a true and correct copy of DEFENDANT JACKSON PARK HOPSITAL'S MOTION FOR SUMMARY JUDGMENT to be filed with the Clerk of the United States District Court for the Northern District of Illinois and to be served upon all counsel of record through the Court's CM/ECF system.

                                                                                           */s/ Marc R. Jacobs*